DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENNY A. MARTINEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1871

[January 8, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 0700361CFAXMX.

Benny A. Martinez, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN and KUNTZ, JJ., concur.
WARNER, J., concurs specially with opinion.

WARNER, J., concurring specially.

I concur in affirmance of the denial of appellant's motion for postconviction relief, because it is successive. A majority of this court has already rejected appellant's claims in *Martinez v. State*, 216 So. 3d 734 (Fla. 4th DCA 2017), in which I dissented. *Id.* at 741-42. Were I to reach the merits, I would still reverse for the reasons articulated in my dissent.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***